Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 150
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA HARRIS, | Case No. 8:25-cv-02749-KES |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF TRANS UNION LLC WITH PREJUDICE** |
| NATIONAL CREDIT SYSTEMS, INC., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, | |
| Defendant(s). | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses TRANS UNION LLC with prejudice. Defendant TRANS UNIONS LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

///

Dated: January 16, 2026

Respectfully Submitted,

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:    /s/ Todd M. Friedman
       Todd M. Friedman
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

- 2 -

## PROOF OF SERVICE

Filed electronically on January 16, 2026, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to all parties indicated on the Court's filing receipt.

United States District Court
Central District of California

/s/Todd M. Friedman
Todd M. Friedman (216752)
Attorney for Plaintiff
