Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CREDIT SYSTEMS, INC., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>Defendant(s). | Case No. 8:25-cv-02749-KES<br><br>**Honorable Karen E. Scott**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE NATIONAL CREDIT SYSTEMS, INC., *ONLY*** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant NATIONAL CREDIT SYSTEMS, INC., by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice as to Defendant NATIONAL CREDIT SYSTEMS, INC. *only*.  Each party shall bear its own costs and attorneys' fees.

///

///

///

///

Respectfully submitted March 24, 2026

By:    /s/ Todd M. Friedman
       Todd M. Friedman
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

By:    /s/ Jeffrey Paris
       Jeffrey Paris
       Paris and Paris LLP
       Attorney for National Credit Systems, Inc.

## Signature Certification

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for National Credit Systems, Inc. and that I have obtained their authorization to affix their electronic signature to this document.

Dated: March 24, 2026

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:    /s/ Todd M. Friedman
       Todd M. Friedman, Esq.

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On March 24, 2026, I served a true copy of the Stipulation to Dismiss on all counsel of record via the ECF Filing System:

Executed on March 24, 2026.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:     /s/ Todd M. Friedman
        Todd M. Friedman, Esq.
        Attorney for Plaintiff

Stipulation to Dismiss - 3