**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA HARRIS, <br><br> Plaintiff, <br><br>    vs. <br><br> NATIONAL CREDIT SYSTEMS, INC., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, <br><br>        Defendant(s) | CASE NO. <br><br> 8:25-cv-02749-KES <br><br> [~~PROPOSED~~] **ORDER TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed, with prejudice as to Defendant NATIONAL CREDIT SYSTEMS, INC. only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: March 24, 2026

_Karen E. Scott_

Honorable Judge Karen E. Scott

[Proposed]Order to Dismiss - 1