**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THERESA HARRIS,

Plaintiff,

    vs.

NATIONAL CREDIT SYSTEMS, INC.,
EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC, and
TRANS UNION LLC,

          Defendant(s)

 CASE NO.

8:25-cv-02749-KES

**ORDER TO DISMISS**

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this June 5, 2026 _____

_____
Honorable Judge Karen E. Scott

[Proposed]Order to Dismiss - 1